E-FILED: **10/21/2008**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILLIE D. TAYLOR, | ) | NO. CV 08-3796-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P. L. VASQUEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  _10/20_ , 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE